IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

JOSEPH GAJDOS, also known as JOSEPH )
RAYMOND GAJDOS, )
    Plaintiff, )
)
    vs. )    Civil Action No. 06-1362
)
NOEL MISSIG, FRANK DIENER and )
THE BOROUGH OF WEST MIFFLIN, )
    Defendants. )

## O R D E R

AND NOW, this 14th day of January, 2008, after the plaintiff, Joseph Gajdos, filed an action in the above-captioned case, and after a motion for summary judgment was submitted by the defendants, Noel Missig, Frank Diener and the Borough of West Mifflin, and after a Report and Recommendation was filed by the United States Magistrate Judge granting the parties thirteen days after being served with a copy to file written objections thereto, and upon consideration of the objections filed by the plaintiff and the response to those objections filed by the defendants, and upon independent review of the motion and the record, and upon consideration of the Magistrate Judge's Report and Recommendation (Docket No. 20), which is adopted as the opinion of this Court,

IT IS ORDERED that defendants' motion for summary judgment (Docket No. 14) is granted.

BY THE COURT:

s/ Terrence F. McVerry
United States District Judge

cc: Theodore J. Kukunas, Esquire
Email: Tkukunas-Esq@hotmail.com

George M. Evan, Esquire
Email: gmevan@teesp.com